IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00033-MJW

YASIR GABANI,

Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
SHAWN MILLER, *in his individual and official capacities*,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that the Stipulated Motion to Vacate Scheduling Conference (Docket No. 13) is DENIED.

Date: February 24, 2015