IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00033-RPM

YASIR BAGANI,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
SHAWN MILLER,

        Defendants.
_____

ORDER VACATING SCHEDULING CONFERENCE
_____

        Upon reassignment of this civil action and this Court's case management procedures, it is

        ORDERED that the Order Setting Scheduling/Planning Conference entered by Magistrate Judge Michael J. Watanabe on January 8, 2015, is vacated.

        DATED:   February 26th, 2015

                                       BY THE COURT:

                                       s/Richard P. Matsch
                                       _____
                                       Richard P. Matsch, Senior Judge