IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00033-RPM

YASIR BAGANI,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
SHAWN MILLER,

        Defendants.
_____

ORDER GRANTING MOTION TO FILE CONSOLIDATED RESPONSE
_____

Upon review of Plaintiff's Motion for Leave to File Consolidated Response to Defendants' Motions to Dismiss Second Claim for Relief [Doc. 25], it is

ORDERED that the motion is granted.

DATED:   March 27th, 2015

                                         BY THE COURT:

                                         s/Richard P. Matsch
                                         _____
                                         Richard P. Matsch, Senior Judge