IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00033-RPM

YASIR GABANI,

        Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
SHAWN MILLER,

        Defendants.
_____

ORDER DISMISSING SECOND CLAIM FOR RELIEF
_____

        The complaint in this case alleges in the first claim for relief that the plaintiff Yasir Gabani was unlawfully seized by the defendant Shawn Miller, a Denver Police Officer, on June 14, 2013, in violation of the Fourth Amendment to the United States Constitution.  In the second claim for relief, the plaintiff alleges that Miller used excessive force by tightly handcuffing Mr. Gabani, ordering him to sit on a curbing outside of his restaurant and being verbally abusive.  Both defendants have moved to dismiss the second claim for relief under Fed.R.Civ.P. 12(b)(6) for failure to alleged sufficient facts to support a claim of excessive force.

        The defendants correctly identify the standard for evaluation of claims of excessive force in the Tenth Circuit Court of Appeals, citing *Cortez v. McCauley,* 478 F.3d 1108, 1129-30 (10th Cir. 2007).  The allegations of the complaint are not sufficient to support that claim against the defendants.  Mr. Gabani attempts to magnify his claim by asserting that defendant Miller has a reputation or record for the use of excessive

force in other cases.  That is insufficient to support a claim that he used such force against Mr. Gabani.  Because the allegations of the complaint do not meet the standard in this Circuit, it is

ORDERED that the second claim for relief is dismissed with prejudice as to both defendants.

DATED:   June 10th, 2015

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge