IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 15-cv-00033-RPM

YASIR GABANI,

                    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, and
SHAWN MILLER,

                    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

        Pursuant to D.C.COLO.LCivR 16, it is

        ORDERED that  a scheduling conference will be held on **July 2, 2015, at 10:30 a.m.**

in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823

Stout Street, Denver, Colorado.   Counsel are directed to comply with the Instructions for

Preparation  of  Scheduling  Order  which  may  be  found  at

http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII

Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the

format provided with those instructions (Rev. 10/2013).  The proposed order (original only)

on paper, shall be submitted directly to chambers by **4:00 p.m. on June 25, 2015.**  The

conference is conducted with lead counsel present in person.  No parties or

representatives of parties will be permitted to attend.  Initial disclosures under Rule 26(a)(1)

will be completed no later than 10 calendar days before the scheduling conference.

DATED:   June 12th, 2015

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior Judge